SUCESORES DE JOSÉ MARTÍNEZ *v.* TOMÁS DÁVILA & CO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª.

MOCIÓN para desestimar la apelación.

No. 745.—Resuelto en diciembre 4, 1911.

DESESTIMACIÓN DE LA APELACIÓN—OMISIÓN DE LOS RESULTANDOS (FINDINGS OF FACTS) DE LA TRANSCRIPCIÓN DE AUTOS—LEGAJO DE LA SENTENCIA.— El no venir en la transcripción de autos la copia de los resultandos (*findings of facts*), no constituye un defecto que afecte a la jurisdicción del tribunal ni que pueda servir de fundamento para desestimar el recurso, pudiendo la parte interesada obtener su inclusión por medio de una moción sobre corrección de autos, si se han formulado tales resultandos.

Los hechos están expresados en la opinión.

Abogados de los promoventes: *Sres. Bosch y Soto.*

Abogado de la parte contraria: *Sr. Cayetano Coll y Cuchí.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Esta es la segunda moción presentada en el presente caso para que se desestime la apelación. El único fundamento que se alega ahora es que el apelante ha dejado de remitir a este tribunal la "decisión" según lo requiere el artículo 233 del Código de Enjuiciamiento Civil. El artículo 233 del Código de Enjuiciamiento Civil en inglés se refiere a una copia de los "findings of the court" y esta frase ha sido traducida al castellano por la palabra "decisión." El hecho de haber dejado de incluir los resultandos (*findings of facts*) no constituye una cuestión de jurisdicción sino meramente una corrección de autos, y si el apelado deseaba que se transmitieran a este tribunal los resultandos, de haberlos efectivamente formulado la corte inferior y por ella transmitidos a este tribunal, él pudo llamar la atención hacia tal corrección de autos. Si era deber de la corte formular tales resultandos y dejó de hacerlos, tal omisión no era fundamento para deses-

timar la apelación; mas había otros remedios al alcance del apelante.

Debe declararse sin lugar la moción solicitando la desestimación de la apelación.

*Desestimada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf, del Toro y Aldrey.